William A. Broscious. (Va. Bar No. 27436)
Kimberly A. Taylor (Va Bar No.29823)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia 23233
(804) 741-0400

*Counsel to Roy M. Terry, Jr., Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 7 |
| | ) | |
| **MICHAEL J. MANNING,** | ) | Case No. 17-34903-KRH |
| | ) | |
| **Debtor.** | ) | |

## AMENDED NOTICE OF MOTIONS AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Roy M. Terry, Jr., Chapter 7 Trustee (the "**Trustee**") of the Chapter 7 Estate of the above referenced debtor, by counsel, has filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "**Court**") the following (collectively, the "**Motions**"):

    1.    Motion for Approval of Compromise and Settlements concerning the resolution of certain claims against David J. Behal and Samuel Manning as set forth in that certain adversary proceeding before the Court styled *Roy M. Terry, Jr., Trustee, v. Theresa A. Manning, et al.* (Adv. Proc. No. 18-03060); and

    2.    Motion of Trustee for Order Concerning Notices requesting the Court's approval of a limited service list for all notices in this bankruptcy case filed on or after November 16, 2018.

Copies of the Motions are available upon request to the undersigned counsel.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). Under Local Bankruptcy Rule 9013-1, unless a written response to the Motions (or any one or more of them) is filed with the Clerk of Court and served on the moving party on or before September 26, 2018, the Court may deem any opposition waived, treat the Motions as conceded, and issue an order granting the relief requested.**

    PLEASE TAKE FURTHER NOTICE that, on **October 3, 2018, at 12:00 p.m.** (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000 of the United States Courthouse Annex, 701 East Broad Street, Richmond, Virginia 23219, and will move the Court for entry of an order approving the Motions.

1

If you do not want the Court to grant the relief sought in the Motions (or any one or more of them), or if you want the Court to consider your views on the Motions (or any one or more of them), then on or before **September 26, 2018**, you or your attorney must:

☒ File with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1. You must mail or otherwise file it early enough so the Court will receive it on or before the due date identified herein.

> Clerk of the Court
> United States Bankruptcy Court
> 701 E. Broad Street, Suite 4000
> Richmond, Virginia 23219-3515

You must also serve a copy on:

> William A. Broscious (VSB #27436)
> Kepley Broscious & Biggs, PLC
> 2211 Pump Road
> Richmond, VA 23233

If you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Motions as conceded, and issue an order granting the requested relief.

Dated:  September 10, 2018          **ROY M. TERRY, JR., TRUSTEE**
Richmond, Virginia

                                    By: /s/ *Kimberly A. Taylor*
                                        Counsel

William A. Broscious, Esquire (VSB #27436)
Kimberly A. Taylor, Esquire (VSB #29823)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia 23233
Tel:  804.741.0400

2

## **LOCAL BANKRUPTCY RULE 2002-1 CERTIFICATE OF SERVICE**

     I hereby certify that on September 10, 2018, a true and correct copy of this Notice of Motions and Notice of Hearings was delivered via electronic mail pursuant to the Administrative Procedures of the CMS/ECF System for the United States Bankruptcy Court for the Eastern District of Virginia to all necessary parties. In addition, a copy was sent by first-class mail, postage prepaid, to:

| | |
|---|---|
| *Office of the U.S. Trustee:* | Robert B. Van Arsdale, Esq. |
| | Shannon Pecoraro, Esq. |
| | OFFICE OF THE U. S. TRUSTEE |
| | 701 East Broad Street - Suite 4304 |
| | Richmond, Virginia 23219 |
| | |
| *Counsel for the Debtor:* | Robert A. Canfield, Esq. |
| | Canfield, Baer, & Heller, LLP |
| | 4124 E. Parham Rd. |
| | Richmond, VA 23228 |
| | |
| *Counsel for Mr. Behal:* | Timothy V. Anderson, Esq. |
| | Anderson & Associates PC |
| | 2492 N. Landing Rd 104 |
| | Virginia Beach VA 23456 |
| | |
| *Counsel for S. Manning:* | W. R. Baldwin, III, Esq. |
| *and T. Manning* | Meyer, Baldwin, Long & Moore, LLP |
| | 5600 Grove Avenue |
| | Richmond, VA 23226 |
| | |
| *Counsel for Z. Manning*: | Kevin J. Funk, Esq. |
| | Durrette, Arkema, Gerson & Gill |
| | 1111 E. Main Street, 16th Fl. |
| | Richmond, VA 23219 |

And all parties listed in the attached mailing matrix.

                                                        */s/ Kimberly A. Taylor*
                                                        Counsel for the Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 17-34903-KRH<br>Eastern District of Virginia<br>Richmond<br>Mon Sep 10 14:46:23 EDT 2018 | BMG Metals, Inc.<br>Neil E. McCullagh<br>Spotts Fain, PC<br>P.O. Box 1555<br>Richmond, VA 23218-1555 | Kepley Broscious & Biggs, PLC<br>2211 Pump Road<br>Richmond, VA 23233-3507 |
| Witmeyer Law Firm<br>9562 Kings Charter Dr<br>Suite 200<br>Ashland, VA 23005-8205 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | A&A Transfer, Inc.<br>44200 Lavin Lane<br>Chantilly, VA 20152-1370 |
| A-1 Equipment, LLC<br>12465 Moates Drive<br>Ashland, VA 23005-7160 | ABAA<br>1600 Boston Providence Highway<br>Walpole, MA 02081-0000 | ABC Imaging<br>PO Box 79139<br>Baltimore, MD 21279-0139 |
| AH Harris & Sons<br>2405 Hermitage Road<br>Richmond, VA 23220-1308 | APAC Engineering, Inc.<br>2110 Seminary Road<br>Silver Spring, MD 20910-1356 | Advantage Group<br>PO Box 15270<br>Irvine, CA 92623-5270 |
| Advantage Lumber<br>PO Box 1819<br>Opelousas, LA 70571-1819 | Aggregate Industries<br>PO Box 32001<br>New York, NY 10087-3201 | Ahern Rentals<br>PO Box 271390<br>Las Vegas, NV 89127-1390 |
| Ahern Rentals Inc<br>1401 Mineral Ave.<br>Las Vegas, NV 89106-4342 | Alere eScreen/PembrokeOccupHlt<br>7500 W 110th St., #500<br>Overland Park, KS 66210-2407 | Allied Concrete Products LLC<br>3900 Shannon Street<br>Chesapeake, VA 23324-1054 |
| Ally<br>PO Box 380901<br>Minneapolis, MN 55438-0901 | Alutiiq<br>3909 Arctic Blvd, Ste 500<br>Anchorage, AK 99503-5793 | American Contractors Indemnity<br>601 S. Figueroa St. #1600<br>Los Angeles, CA 90017-5721 |
| American Express-Platinum Card<br>PO Box 1270<br>Newark, NJ 07101-1270 | Arc3 Gases<br>PO Box 26269<br>Richmond, VA 23260-6269 | Arch Capital Funding<br>160 Pearl St. Fl. 5<br>New York, NY 10005-1631 |
| Arent Fox<br>Attn: Mary Joanne Dowd<br>1717 K. St, NW<br>Washington, DC 20006-5344 | Atlantic Parking<br>4200 Wisconsin Ave.,NW Ste 550<br>Washington, DC 20016-2178 | B&R Rebar/BMG Metals, Inc.<br>PO Box 7433<br>Merrifield, VA 22116-7433 |
| BB&T Equipment Finance<br>PO Box 896024<br>Charlotte, NC 28289-6024 | BB&T Equipment Finance Corp<br>600 Washington Ave, Ste 201<br>Towson, MD 21204-1301 | BMG Metals<br>PO Box 7536<br>Henrico, VA 23231-0036 |

| | | |
|---|---|---|
| BMG Metals, Inc.<br>c/o Neil E. McCullagh, Esq.<br>Spotts Fain PC<br>411 E. Franklin St., Ste. 600<br>Richmond, VA 23219-2200 | Balfour Beatty<br>2401 Eisenhower Avenue<br>Alexandria, VA 22314-0000 | Balfour Beatty<br>3100 McKinnon St. 6th Floor<br>Dallas, TX 75201-1081 |
| Bank of Lancaster<br>P.O. Box 1869<br>100 South Main Street<br>Kilmarnock, VA 22482-9543 | Bank of Lancaster<br>c/o Dunton, Simmon, & Dunton<br>P.O. Box 5<br>White Stone, VA 22578-0005 | Bank of the West<br>PO Box 7167<br>Pasadena, CA 91109-7167 |
| Bank of the West<br>Trinity Division<br>475 Sansome St. 19th Floor<br>San Francisco, CA 94111-3112 | Betco Supreme- Anchor<br>PO Box 281479<br>Atlanta, GA 30384-1479 | Bingo Properties, LLC<br>c/oR.C.Lawrence, Esq.Reg.Agent<br>1802 Bayberry Ct., Ste 200<br>Richmond, VA 23226-3773 |
| Bizport<br>9 North Third Street<br>Richmond, VA 23219-2207 | Builders Mutual Insurance Co<br>PO Box 900017<br>Raleigh, NC 27675-9017 | Builders Mutual Insurance Company Inc<br>c/o Stuart Law Firm<br>1033 Wade Avenue, Suite 202<br>Raleigh, NC 27605-1155 |
| Bush, W.E., CPA<br>PO Box 9685<br>Henrico, VA 23228-0685 | CAT Access (Commercial Acct)<br>PO Box 905229<br>Charlotte, NC 28290-5229 | CDM Smith<br>75 State St., Ste 701<br>Boston, MA 02109-1940 |
| CT Corporation System<br>4701 Cox Road, Ste 285<br>Glen Allen, VA 23060-6808 | Call Cap<br>125 N Emporia St. Ste 201<br>Wichita, KS 67202-2516 | Can Capital<br>414 W 14th Street<br>New York, NY 10014-1013 |
| Capcall, LLC<br>122 E. 42nd Street<br>New York, NY 10168-0002 | Capital Brick & Tile, Inc.<br>8315 Old Marlboro Pike Upper<br>Upper Marlboro, MD 20772-2616 | Capital Rail Constructors<br>196 Van Buren St., Ste 200<br>Herndon, VA 20170-5337 |
| Carter Rental-CAT Rental Store<br>PO Box 751053<br>Charlotte, NC 28275-1053 | Cast Stone Systems, Inc.<br>532 N. Main Street<br>Warrenton, NC 27589-1633 | Caterpillar Financial Services<br>2120 West End Ave<br>Nashville, TN 37203-5341 |
| Caterpillar Financial Services<br>PO Box 13834<br>Newark, NJ 07188-0834 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Chase Mortgage<br>P.O. Box 24696<br>Columbus, OH 43224-0696 | Cheney Flashing Co, LLC<br>PO Box 818<br>Trenton, NJ 08605-0818 | Chesterfield Trading Co<br>PO Box 34708<br>Richmond, VA 23234-0708 |

| | | |
|---|---|---|
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | City of Richmond<br>PO Box 26060<br>Richmond, VA 23274-0001 | Clark Construction Group<br>7500 Old Georgetown Road<br>Bethesda, MD 20814-6196 |
| Clark/US, LLC<br>9111 Springboro Pike<br>Miamisburg, OH 45342-4420 | Clayco<br>35 E. Wacker Dr., Ste 1300<br>Chicago, IL 60601-2110 | Coakley & Williams Constructio<br>7475 Wisconsin Ave., Ste 900<br>Bethesda, MD 20814-3499 |
| Colony Tire Corp.<br>PO Box 63382<br>Charlotte, NC 28263-3382 | Comcast<br>PO Box 3006<br>Southeastern, PA 19398-3006 | Conner (D.M.), Inc.<br>PO Box 1181<br>Waynesboro, VA 22980-0852 |
| Construction Materials, Inc.<br>6878 Best Friend Rd<br>Atlanta, GA 30340-3113 | Corporation Service Co.<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703-4261 | County of Henrico<br>PO Box 3369<br>Henrico, VA 23228-9769 |
| County of Henrico<br>PO Box 90775<br>Henrico, VA 23273-0775 | Coventry of Virginia, Inc.<br>PO Box 6485<br>Carol Stream, IL 60197-6485 | Crowder Construction<br>6425 Brookshire Blvd<br>Charlotte, NC 28216-0301 |
| DCFS USA LLC (Daimler Trucks)<br>13650 Heritage Pkwy<br>Fort Worth, TX 76177-5323 | DMV<br>PO Box 25850<br>Richmond, VA 23260-5850 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Demilec (USA), LLC<br>PO Box 730594<br>Dallas, TX 75373-0594 | Diamond Blade Warehouse<br>PO Box 5759<br>Vernon Hills, IL 60061-5759 | DirecTV<br>c/o Focus Receivables Mngmnt<br>1130 Northchase Pkwy, Ste 150<br>Marietta, GA 30067-6429 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Donley's<br>5430 Warner Road<br>Cleveland, OH 44125-1140 | DunbarMilbyWmsPittmanVaughn<br>1025 Boulders Pkwy Suite 310<br>Richmond, VA 23225-5549 |
| Dwight Snead Landscaping & Pav<br>11255 Washington Hwy<br>Glen Allen, VA 23059-1910 | E. Stanley Murphy, Esq.<br>Dunton Simmons & Dunton, LLP<br>678 Rappahannock Dr., PO Box 5<br>White Stone, VA 22578-0005 | EVB<br>9495 Charter Gate Drive<br>Mechanicsville, VA 23116-5171 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | FSI<br>PO Box 822816<br>Philadelphia, PA 19182-2816 | Farm Plan (Southern States)<br>PO Box 4450<br>Carol Stream, IL 60197-4450 |

| | | |
|---|---|---|
| Fastenal Company<br>PO Box 978<br>Winona, MN 55987-0978 | FedEx<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | Fleetmatics USA LLC<br>PO Box 347472<br>Pittsburgh, PA 15251-4472 |
| Form Services, Inc.<br>PO Box 60<br>Henrico, VA 23075-0000 | General Shale Brick, Inc.<br>PO Box 5825<br>Carol Stream, IL 60197-5825 | George J. Bachrach, Esq.<br>Wright, Constable & Skeen,LLP<br>100 N. Charles Street, 16h Flo<br>Baltimore, MD 21201-3812 |
| Gerald J. O'Brien<br>9055 Comprint Ct., Ste 340<br>Gaithersburg, MD 20877-1310 | Gilbane Building Co.<br>1001 Boulders Park, Ste 101<br>Richmond, VA 23225-5505 | Gillies Creek Industrial Recyc<br>4200 Masonic Lane<br>Richmond, VA 23223-5553 |
| Gillmann Services, Inc.<br>PO Box 204653<br>Dallas, TX 75320-4653 | Glen-Gery Corporation<br>1166 Spring Street<br>Reading, PA 19610-1721 | Glen-Gery Corporation<br>33015 Collection Center Dr.<br>Chicago, IL 60693-0330 |
| Gray Casualty & Surety Co<br>PO Box 6202<br>Metairie, LA 70009-6202 | Gregory Poole Eqpt Co<br>PO Box 469<br>Raleigh, NC 27602-0469 | Haley Buick GMC-Airport<br>5500 S. Laburnum Ave.<br>Henrico, VA 23231-4417 |
| Haley Builders, Inc.<br>10102 Whitesel Rd<br>Ashland, VA 23005-3513 | Halfen USA, Inc.<br>PO Box 741843<br>Atlanta, GA 30374-1843 | Hartford Life & Annuity<br>PO Box 305034<br>Nashville, TN 37230-5034 |
| Hilti, Inc.<br>PO Box 382002<br>Pittsburgh, PA 15250-8002 | Home Depot<br>PO Box 9055<br>Des Moines, IA 50368-9055 | Howard Shockey & Sons<br>c/o Wm. R Mauk, Jr. Esq.<br>411 E. Franklin St., Ste 600<br>Richmond, VA 23219-2200 |
| Howard Shockey & Sons, Inc.<br>PO Box 2530<br>Winchester, VA 22604-1729 | Hudson Insurance Co.<br>c/o R.T.Pledger,Esq,SetliffHol<br>4940 Dominion Blvd<br>Glen Allen, VA 23060-6766 | Hurricane Fence Company<br>1300 Dinneen St<br>Richmond, VA 23220-1639 |
| Hydro Rents<br>PO Box 625<br>Slinger, WI 53086-0625 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | James D. Schockey, Jr.<br>1057 Martinsburg Pike<br>PO Box 2530<br>Winchester, VA 22604-1729 |
| Kenseal Construction Products<br>PO Box 416001<br>Boston, MA 02241-6001 | Kilmarnock Mini Storage<br>528 N. Main Street<br>Kilmarnock, VA 22482-0000 | LeClairRyan<br>919 E. Main Street<br>Richmond, VA 23219-4622 |

```
(p)M&T BANK                          MK Diamond Products, Inc         Maier (Ernest), Inc.
LEGAL DOCUMENT PROCESSING            PO Box 848247                    4700 Annapolis Road
626 COMMERCE DRIVE                   Los Angeles, CA 90084-8247       Bladensburg, MD 20710-1202
AMHERST NY 14228-2307


Manhattan Construction Company       Manhattan-Hunt                   Mark A. DiRienz et al.
4075 Wilson Blvd, Ste 650            5601 S. 122nd East Avenue        c/o Hubbard, Terry & Britt, PC
Arlington, VA 22203-2153             Tulsa, OK 74146-6912             PO Box 340
                                                                     Irvington, VA 22480-0340


Marsh & McLennan Agency, LLC         Maryland Dept of Unemployment    Mastercraft Metals, Inc.
PO Box 12748                         PO Box 1844                      6557 Mid Cities Avenue
Roanoke, VA 24028-2748               Baltimore, MD 21203-1844         Beltsville, MD 20705-1434


Matadi Construction, LLC             Meyer Goergen, PC                Michael J. Manning
PO Box 4453                          1802 Bayberry Ct, Ste 200        14468 Pinehurst Lane
Silver Spring, MD 20914-4453         Richmond, VA 23226-3773          Ashland, VA 23005-3173


Middleton Heating & Air, Inc.        Muni Services                    Murray Securus
8436 Erle Rd                         Lakeside Professional Campus     39 N. Duke Street
Mechanicsville, VA 23116-1500        190 N Evergreen Ave, Ste 205     Lancaster, PA 17602-2842
                                     Woodbury, NJ 08096-1862


National Funding Inc.                National Funding, Inc.           National Registered Agents,Inc
9820 Towne Centre Drive              9820 Tow Centre Drive, Ste 200   4701 Cox Road
San Diego, CA 92121-1944             San Diego, CA 92121-1944         Glen Allen, VA 23060-6802


Nationwide Insurance                 Neal S. Salisian/Jay M.Lichter   Nielson Builders
c/o RMS                              550 S. Hope St., Ste 750         3588 Early Road
PO Box 361598                        Los Angeles, CA 90071-2686       Harrisonburg, VA 22801-9724
Columbus, OH 43236-1598


Northern Motors, Inc.                Northumberland County            Northumberland County
11511 Fox Cross Road                 6138 Courthouse Rd               PO Box 297
Ashland, VA 23005-8055               Heathsville, VA 22473-3808       Heathsville, VA 22473-0297


Peak, LLC                            Pemberton (James C.) Corp.       Pembrooke Occupational Health
Representatve forUnknownParti        PO Box 206                       PO Box 654092
170 W.Shirley Ave., Ste 207          Sandston, VA 23150-0206          Dallas, TX 75265-4092
Warrenton, VA 20186-3083


Penn National Insurance              Pirtek                           Pitney Bowes
PO Box 2257                          14803 Southlawn Ln               PO Box 371874
Harrisburg, PA 17105-2257            Rockville, MD 20850-1393         Pittsburgh, PA 15250-7874
```

```
Potomac Valley Brick & Supply        Purcell Construction Corp.          RAM Tool
15810 Indianola Dr. Ste 100          566 Coffeen St.                     PO Box 320979
Derwood, MD 20855-2680               Watertown, NY 13601-2685            Birmingham, AL 35232-0979


Rathgeber Goss Associates            Republic Services #965              Ricoh USA, Inc.
15871 Crabs Branch Way               PO Box 9001099                      PO Box 827577
Derwood, MD 20855-2635               Louisville, KY 40290-1099           Philadelphia, PA 19182-7577


Riverside Brick & Supply Co.         Robert B. Hill, Esq.                Rockingham Steel
1200 Maury St.                       2425 Boulevard, Ste 9               5124 Glen Alden Road
Richmond, VA 23224-3915              Colonial Heights, VA 23834-2324     Henrico, VA 23231-4319


RockinghamPetroleumCooperative       Rosser, Derrick E., PC              Royals Commercial Services,Inc
PO Box 168                           211-A England Street                212 Najoles Road Ste A
Harrisonburg, VA 22803-0168          Ashland, VA 23005-2086              Millersville, MD 21108-2650


Rue and Associates                   Rutherfoord International           Scaffold Resource, LLC
PO Box 640                           PO Box 12748                        9513 Lanham Severn Road
Mechanicsville, VA 23111-0640        Roanoke, VA 24028-2748              Lanham, MD 20706-2623


Shade & Wise                         Siemens Financial Services,Inc     Skanska USA Building
1901 South Creek One                 170 Wood Avenue South, Fl. 1        350 Fifth Avenue, 32nd Fl.
Powhatan, VA 23139-7956              Iselin, NJ 08830-2726               New York, NY 10118-3290


Skyline Brick, LLC                   Southside Builders Supply Corp      Southside Precast Products
3900 Seminole Trail                  PO Box 8805                         1951 Hamburg Turnpike
Charlottesville, VA 22911-8306       Richmond, VA 23225-0505             Buffalo, NY 14218-1046


SunTrust Bank                        SunTrust Bank                       Sunbelt Rentals
Attn: Support Services               P.O. Box 791274                     PO Box 409211
PO Box 85092                         Baltimore, MD 21279-1274            Atlanta, GA 30384-9211
Richmond, VA 23285-5092


Suntrust Mortgage                    (c)SUSQUEHANNA COMMERCIAL FINANCE   TCF Equipment Finance, Inc.
Mail Code RVW 3003                   2 GREAT VALLEY PKWY STE 300         11100 Wayzata Blvd, Ste 801
PO Box 26149                         MALVERN PA  19355-1319              Hopkins, MN 55305-5503
Richmond, VA 23260-6149


TNT Equipment Co                     Taylor & Parrish                    Titan Va Ready-Mix, LLC
6677 Broughton Ave                   710 Perry Street                    PO Box 932564
Columbus, OH 43213-1523              Richmond, VA 23224-2347             Atlanta, GA 31193-2564
```

```
Toll Violation Processing Cntr          Tradesmen's Software, Inc.           Travelers
PO Box 1234                             PO Box 519                           Consumer Affairs
Clifton Forge, VA 24422-0724            Morris, IL 60450-0519                One Tower Square
                                                                             Hartford, CT 06183-0001


Troutman Sanders LLP                    U.S.  Specialty Insurance Co.        U.S. Trustee's Office
PO Box 933652                           601 S. Figueroa St., Ste 1600        701 E. Broad Street
Atlanta, GA 31193-3652                  Los Angeles, CA 90017-5721           Suite 4000
                                                                             Richmond, VA 23219-1849


(p)HCC INSURANCE HOLDINGS INC           VFI KR SPE I LLC                     Va Contractors Grp Self Insura
13403 NORTHWEST FREEWAY                 6340 South 3000 East, Ste 400        PO Box 12748
HOUSTON TX 77040-6006                   Salt Lake City, UT 84121-5572        Roanoke, VA 24028-2748


Valley Building Supply, Inc             Varilease Finance, Inc.              Verizon
210 Stone Spring Road                   c/o Stephen Campbell                 PO Box 25505
Harrisonburg, VA 22801-9651             PO Box 6177                          Lehigh Valley, PA 18002-5505
                                        Williamsburg, VA 23188-5219


Virginia Department of Tax              (p)VIRGINIA DEPARTMENT OF TAXATION   Virginia Employment Commission
PO Box 1777                             P O BOX 2156                         PO Box 1358
Richmond, VA 23218-1777                 RICHMOND VA 23218-2156               Richmond, VA 23218-1358


Vision Financial Group, Inc.            Wells Fargo                          Wells Fargo
615 Iron City Drive                     PO Box 7777                          c/o Credit Collection Services
Pittsburgh, PA 15205-4321               San Francisco, CA 94120-7777         725 Canton St.
                                                                             Norwood, MA 02062-2679


Wells Fargo Bank, NA                    West End Fabricators, Inc.           Western Equipment Finance
300 Tri-State Internat'l, #400          12550 Broad Street Road              503 Highway Two West
Lincolnshire, IL 60069-4417             Henrico, VA 23233-7300               Devils Lake, ND 58301-2938


White Cap Construction Supply           Whitlock DalrymplePoston&Assoc       Wiss Janney Elstner Associates
3881 Old Winter Garden Road             10621 Gateway Blvd, Ste 200          330 Pfingsten Road
Orlando, FL 32805-1002                  Manassas, VA 20110-2055              Northbrook, IL 60062-2095


Wright, Constable & Skeen, LLP          John P. Fitzgerald                   Judy A. Robbins
1 Charles Center, 16th Floor            Office of the United States Trustee  Office of the U.S. Trustee - Region 4 -R
100 N. Charles St.                      701 E. Broad Street                  701 E. Broad Street, Suite 4304
Baltimore, MD 21201-3812                Room 4304                            Richmond, VA 23219-1849
                                        Richmond, VA 23219-1885


Robert A. Canfield                      Roy M. Terry Jr.
Canfield, Wells & Kruck, LLP            Sands Anderson PC
4124 E. Parham Road                     P.O. Box 2188
Henrico, VA 23228-3752                  Richmond, VA 23218-2188
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CitiBusiness Card<br>PO Box 182564<br>Columbus, OH 43218-2564 | Dell Business Credit<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | (d)Dell Financial Services<br>PO Box 81577<br>Austin, TX 78708-0000 |
| Discover Card<br>P.O. Box 30943<br>Salt Lake City, UT 84130-0000 | FIA Card Services<br>PO Box 15019<br>Wilmington, DE 19886-5019 | M&T Bank<br>PO Box 64679<br>Baltimore, MD 21264-4679 |
| United States Surety Company<br>20 West Aylesberry Rd<br>Lutherville Timonium, MD 21093-0000 | Virginia Dept. of Taxation<br>P.O. Box 1115<br>Richmond, VA 23218-0000 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Susquehanna Commercial Finance
2 Country View Rd, Ste 300
Malvern, PA 19355-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CT  Corp. System | (u)SunTrust Bank | (u)National Funding<br>9820 Towne Centre Drive San Diego, CA 92 |
| (d)Witmeyer Law Firm<br>9562 Kings Charter Dr., Suite 200<br>Ashland, VA 23005-8205 | (d)Michael J. Manning<br>14468 Pinehurst Lane<br>Ashland, VA 23005-3173 | End of Label Matrix<br>Mailable recipients   208<br>Bypassed recipients     5<br>Total                  213 |